■ In the Matter of Josue L., a Person Alleged to be a Juvenile Delinquent, Appellant. [952 NYS2d 872]—

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). There is no basis for disturbing the court's determinations concerning credibility and identification. The victim was able to make a reliable identification, particularly because he had seen appellant in school hallways several times a week over a period of months. Concur—Gonzalez, P.J., Moskowitz, Acosta, Freedman and Abdus-Salaam, JJ.